UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 10CR40049-JPG |
| | ) | |
| PIETER ROOR, and | ) | |
| HELEEN ROOR-POTMAN, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## MEMORANDUM AND ORDER

**J. Phil Gilbert, District Judge:**

This matter is before the Court on the Government's requesting the Court to enter an Order authorizing the Clerk of Court to use currently possessed restitution payments to proportionately compensate victims who testified at trial: Janie Mertz, Jeremy Johnson, Glenn Stevens, and Hugh DeNeal

The United States requests that Mertz, Johnson, Stevans, and DeNeal receive a portion of the currently possessed funds.   For the reasons stated in the motion, the Court concludes that cause exists to grant the motion, and, therefore, it is hereby ORDERED that the Motion of United States of America is GRANTED (Doc. 199).

**IT IS SO ORDERED.**
**DATED:   December 9, 2022**

**/s/ J. Phil Gilbert**
**J. PHIL GILBERT**
**U.S. DISTRICT JUDGE**