UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 10-CR-40049-JPG |
| ) | |
| PIETER ROOR, and ) | |
| HELEEN ROOR-POTMAN, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## **MEMORANDUM AND ORDER**

**J. Phil Gilbert, District Judge:**

This matter is before the Court on the Government's requesting the Court correct its prior Order found at Document 201 to reflect the correct name of testifying victim from Jeremy Johnson to Jeremy Johansen.

For the reasons stated in the motion, the Court concludes that cause exists to grant the motion, and, therefore, it is hereby ORDERED that the Motion of United States of America is GRANTED.

**IT IS SO ORDERED**
**Dated: January 5, 2023**

**/s/ J. Phil Gilbert**
**J. PHIL GILBERT**
**DISTRICT JUDGE**